AO 91
Rev. 11/97

**CRIMINAL COMPLAINT**

ORIGINAL

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>CLINT JAMES REUTER | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>2- **02-1492M** |

Complaint for violation of 18 United States Code §2251(a)

| NAME OF MAGISTRATE JUDGE<br><br>ANDREW J. WISTRICH | UNITED STATES<br>MAGISTRATE<br>JUDGE | LOCATION<br><br>Los Angeles, CA |
|---|---|---|

| DATE OF OFFENSE<br><br>In or after January 2001 | PLACE OF OFFENSE<br><br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN)<br>10818 Blix Street, Apartment #2<br>North Hollywood, California 91602 |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

In or about 2001, defendant, CLINT JAMES REUTER, knowingly induced, persuaded and enticed a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct by means of materials that had been mailed, shipped or transported in interstate or foreign commerce by any means, a violation of Title 18 United States Code § 2251(a).

ENTER ON ICMS
JUL 19 2002

FILED
CLERK, U.S. DISTRICT COURT
JUL 12 2002
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

02 JUL 12 PM 2:31
LODGED
CLERK US DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>Doug Hunt |
|---|---|
| | OFFICIAL TITLE<br>SPECIAL AGENT -- Federal Bureau of Investigation |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br><br>July 12, 2002 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

WCB:wcb          REC: Detention

## AFFIDAVIT

I, DOUG HUNT, being duly sworn, do hereby depose and state:

1.    I am a Special Agent (SA) with the Federal Bureau of Investigation and have been so employed for the past six years. My responsibilities with the FBI include investigations into the sexual exploitation of children and child pornography in the Central District of California as part of the Southern California Regional Sexual Assault Felony Enforcement (SAFE) Team.  The FBI is responsible for enforcing federal criminal statutes involving the sexual exploitation of children under Title 18 United States Code, section 2251, <u>et seq.</u>  During my tenure as a Special Agent with the FBI, I have conducted and participated in several investigations of such criminal activity, including the investigation of child pornography transmitted via computer. During the investigation of these cases, I have participated in e execution of numerous search warrants, and seized evidence of such violations.

2.    This affidavit is made in support of a complaint and warrant for the arrest of CLINT JAMES REUTER (hereafter "REUTER") for a violation of Title 18, United States Code, Section 2251 (which makes it a crime for any person to use or produce a visual depiction of a minor engaging in sexually explicit conduct if that depiction was produced using that have been mailed, shipped or transported, in interstate or foreign commerce by any means.

1

3.    In June of 2002, I received information from a confidential informant that REUTER had produced a video tape of him and a minor having sexual intercourse.  Based on that information, I sought a federal search warrant for items including the above described video tape.  On July 7, 2002, Chief U.S. Magistrate Judge Robert N. Block, signed a search warrant authorizing the search of REUTER's residence, 10818 Blix Street, North Hollywood, California, 90024, Apartment 2.  The warrant allowed searching for, among other things, video tapes depicting child pornography.

4.    On July 12, 2002, at approximately 6:00 a.m., I and other agents and officers of the Sexual Assault Felony Enforcement Team executed the above referenced search warrant at 10818 Blix Street, North Hollywood, California, 90024, Apartment 2, the residence of REUTER.  REUTER was in his residence at the time the warrant was executed.  Among the items located during the search of his residence was a small video tape.  The tape was labeled "15 year old Korean Girl."

5.    I and Special Agent Bruce Applin asked REUTER about the video tape labeled "15 year old Korean Girl."  Before asking REUTER any questions we advised REUTER he was not under arrest and he was told that he was free to leave at any time.  REUTER told us this video tape depicted him and a 15 year old girl he met on the Internet.  REUTER indicated that the he made the tape

2

in 2001.  REUTER said he knew she was 15 years old at the time he made the tape.  He also said he made the tape in his old apartment, located at 585 North Rossmore Avenue, Los Angeles, California.   REUTER indicated the tape depicted him and a 15 year old girl having sexual intercourse.  REUTER said he made the tape without the girl's knowledge.  REUTER indicated he also made the label for tape that reads "15 year old Korean Girl."  REUTER said the tape was made with a camera that was currently located in the living room of the apartment.

6.    On July 12, 2002, I viewed the tape labeled "15 year old Korean Girl."  The taped depicted among other things, REUTER having sex with a minor Asian girl.  The girl appeared to me to be approximately 15 years old.  I also examined the video camera REUTER identified as the camera he had used to produce the tape. On the bottom of the camera was the serial number for the camera and words indicating that the camera was made in Japan.

///

///

///

///

///

///

///

3

7. Based on the facts stated above I believe there is probable cause to believe that REUTER has committed violations of Title 18, United States Code, Section 2251 which makes it a crime for any person to use or produce a visual depiction of a minor engaging in sexually explicit conduct if that depiction was produced using materials that were mailed, shipped or transported in interstate or foreign commerce by any means.

SPECIAL AGENT DOUG HUNT
FEDERAL BUREAU OF INVESTIGATION

SUBSCRIBED TO AND SWORN TO
BEFORE ME THIS 12
DAY OF JULY 2002

HONORABLE ANDREW J. WISTRICH
United States Magistrate Judge

4