

FILED
CLERK, U.S. DISTRICT COURT
JUL 26 2002
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2002 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 02-_02-781_ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | [18 U.S.C. § 2251(a): Production of Child Pornography] |
| CLINT JAMES REUTER, ) | |
| Defendant. ) | |

The Grand Jury charges:

[18 U.S.C. § 2251(a)]

In or about 2001, in Los Angeles County, within the Central District of California, defendant CLINT JAMES REUTER knowingly induced, persuaded and enticed a minor to engage in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct knowing and having reason to

///
///
///

WCB:wcb



ENTER ON ICMS
JUL 29 2002



know that such visual depiction was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means.

A TRUE BILL

_____  _____
Foreperson

DEBRA W. YANG
United States Attorney

*[signature]*

RONALD L. CHENG
Assistant United States Attorney
Acting Chief, Criminal Division


SALLY L. MELOCH
Assistant United States Attorney
Chief, Major Crimes Section