**ORIGINAL**   ✔ P-Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

CASE NUMBER: 2:02-CR-781          TAPE NUMBER: 02-31          DATE: August 5, 2002

PRESENT: THE HONORABLE __CAROLYN TURCHIN__, U.S. MAGISTRATE JUDGE

COURT CLERK: Maria Cortez          ASSISTANT U.S. ATTORNEY: Ranne Katzenstein
COURT CLERK: Alex Silverio         ASSISTANT U.S. ATTORNEY: John Owens

INTERPRETER / LANGUAGE: ____

| UNITED STATES OF AMERICA | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| v. | |
| 1. CLINT JAMES REUTER | Donald Randolph - 310-395-7900 |
| [X] PRESENT [X] CUSTODY [ ] BOND [ ] SUMMONS | [X] PRESENT [ ] CJA [X] RETAINED [ ] DFPD |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

- [ ] Court orders counsel appointed.   [ ] Possible contribution ordered.   [ ] Filed Waiver of Indictment
- [X] Defendant is arraigned and states true name is [X] as charged  [ ] ____
  - [ ] Defendant is arraigned as: ____

**ENTER ON ICMS   AUG -6 2002**

- [X] Defendant is given a copy of the [ ] ____
  - [X] Indictment  [ ] Information, acknowledges receipt of a copy and waives reading thereof.
- [ ] Defendant consents to be tried by a U.S. Magistrate Judge and waives trial by jury and case is ordered assigned to Magistrate Judge ____ for plea and all further proceedings.
- [ ] Court orders this case assigned to the calendar of ____ U.S. District Judge, for plea [ ] of guilty [ ] trial setting; and all further proceedings [ ] ____
- [X] Defendant pleads not guilty to all counts of the [ ] ____
  - [X] Indictment  [ ] Information as charged.  [X] Court orders this case assigned to the calendar of GEORGE H. KING, U.S. District Judge, and further orders jury trial set for September 10, 2002 at 9:30 am. Defendant and his counsel are ordered to appear before said judge at the date and time indicated.
- [X] Court orders notice to counsel and discovery and inspection order issued.
- [ ] Defendant's first appearance; Defendant posts a [ ] $____ unsecured Appearance Bond; [ ] Personal Recognizance Bond. Court orders Defendant to report to the U.S. Marshal's Office forthwith for processing.
- [ ] Other: ____

- [ ] Trial estimate ____
- [X] Status Conference [ ] Pre-Trial Conference  [ ] Motion hearing date is set for: AUG 26, 2002 @3:30PM

Initials of Deputy Clerk ____

cc: ___CJA Supv. Attorney  ✓ PSA  ✓ Statistics Clerk  ___USM ED  ✓ USM LA  ___USM SA

CR-85 (05/02)                     CRIMINAL MINUTES - ARRAIGNMENT