ORIGINAL

SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - SENTENCING

Case No CR 02-781(A) GHK                                  Date: 02/10/03
================================================================================
         PRESIDING:   HONORABLE  GEORGE H. KING  , UNITED STATES DISTRICT JUDGE

Beatrice Herrera              John Turman              Craig Missakian
Deputy Clerk                  Court Reporter           Assistant U.S. Attorney

CLINT JAMES REUTER            Donald Randolph                  N/A
DEFENDANT                     COUNSEL                      INTERPRETER
================================================================================
SENTENCING:


__XX__ Imprisonment for __Thirty (30)__ months on the Single-Count First Superseding Information.
__XX__ Total fine of **$6,000** is imposed on count 1 of 1st SS Information
_____ Execution/Imposition of sentence as to imprisonment only suspended on count(s)_____.
_____ Confined in jail-type institution for____to be served on consecutive commencing_____.
__XX__ THREE (3) years Supervised Release imposed on the Single-Count 1st Superseding Information under the
       usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms
       and conditions, under the direction of the Probation Office:


       ___ Perform_____hours of community service.
       ___ Serve_____in a CCC/CTC.
       _XX_ Pay $200 monthly during the period of supervision.
       ___ **Make total restitution to    in amount of $_____**
       _XX_ During the period of community supervision the defendant shall pay the special assessment and fine in accordance with JNC.
       ____ the defendant shall participate in outpatient substance abuse treatment and submit to drug and
            alcohol testing as instructed by the Probation Officer.
       _XX_ OTHER CONDITIONS: _see judgment/commitment for additional conditions_


_____ Pursuant to Section 5E1.2(e), all fines are waived, as it is found that the defendant does not have
       the ability to pay a fine.
_XX_ Pay $100, special assessment to the United States, which is due immediately.
_____ Imprisonment for ____months/years and for a study pursuant to 18 USC _____with results to be
       furnished to the Court within ___ days/months whereupon the sentence shall be subject to modification.
       This matter is set for further hearing on _____.
_XX_ On Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
_XX_ Defendant waives right of appeal.
_____ ORDER sentencing transcript for Sentencing Commission.      ___ Filed statement of reasons.
_XX_ Bond Exonerated          _XX_   Upon surrender           ___ Upon service of _____
_XX_ Execution of sentence is stayed until 12 noon, **March 12, 2003** at which time the defendant shall
       surrender to the designated facility of the BOP, or, if no designation made, to the U.S. Marshal.
_____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
_____ Issued Remand/Release #_____.
_____ Present bond to continue as bond on a appeal.
_____ Defendant motion to remain on present bond pending appeal is granted.
_____ Filed and distributed judgment. Issued JS-3. ENTERED.
_XX_  It is recommended that the defendant be designated to a facility in the Southern California area or
       Terminal Island.

ENTER ON ICMS
FEB 14 2003


CR 90 (2/91)            CRIMINAL MINUTES - SENTENCING AND JUDGMENT

                                                          Deputy Clerk Initials BH